Edward Shkolnikov, SBN 237116
14930 Ventura Boulevard, Suite 340
Sherman Oaks, California 91403
Telephone: (323) 655-6005

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In the Disciplinary Matter of<br><br>Edward Shkolnikov<br><br>California State Bar # 237116 | Case No.: 2:22-ad-00394-PSG<br><br>**ORDER TO SHOW CAUSE; RE: PETITION TO REINSTATE ACTIVE MEMBERSHIP STATUS; CERTIFICATE OF STANDING** |
|---|---|

**TO: Central District of California**

Petitioner Edward Shkolnikov, hereby applies for reinstatement of active membership in the bar of the Central District of California, pursuant to L.R. 83-3.2.4 Reinstatement. based upon the facts that the underlying causation for the brief suspension by the State Bar of California.  The brief suspension was completed in November 27, 2022, and is no longer is a concern.   Moreover, as stated in the Certificate of Standing, Petitioner has been reinstated to ACTIVE status on or about November 28, 2022, and has been since an ACTIVE licensee of the State Bar of California.

DECLARATION OF EDWARD SHKOLNIKOV

I, EDWARD SHKOLNIKOV, declare as follows:

    1.    I am duly admitted to practice before the following United States District Courts: 1) the Central District of California; 2) the Eastern District of California; 3) the Southern District of California; 4) the Northern District of California; along 5) with the Ninth Circuit Court of Appeals, and in all courts in the State of California. I have personal knowledge of the facts in this declaration. If called upon as a witness I could and would competently testify to the contents hereof.

    2.    On or about May 27, 2022, I started a 6-month suspension from practicing law from the State Bar of California.

    3.    As of November 28, 2022, I was reinstated as an ACTIVE licensee of the California State Bar and have remained that way since. *See* Certificate of Standing.

    4.    Attached is a true copy of a recent Certificate of Standing.

I declare the foregoing to be true and correct under the penalty of perjury.
EXECUTED on July 18, 2023 at Sherman Oaks, California.

                      *Edward Shkolnikov*
                      Edward Shkolnikov