# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

July 17, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDWARD SHKOLNIKOV, #237116 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2005; that on August 25, 2020, a notice of disciplinary charges directed to the licensee was issued to commence formal disciplinary proceedings and hearings; that from the date of admission to May 27, 2022, they were an ACTIVE licensee of the State Bar of California; that on May 27, 2022, they were suspended from the practice of law in California by order of the Supreme Court; that said suspension remained in effect until November 27, 2022, upon which date they were reinstated to the ACTIVE status; and that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records